**FILED (DROP BOX)**

MAY 2 6 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
DEPUTY

The Honorable James L. Robart

1

2

3

4

5

6 UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
7 AT SEATTLE

8

9 UNITED STATES OF AMERICA, *ex rel.*      CASE NO. 21-cv-524-JLR
BRENT STONE,
10
     **FILED UNDER SEAL**
11                Plaintiff,
     NOTICE OF RELATED CASES
12          v.

13 YAKIMA PRODUCTS, INC.,

14                Defendant.

15      Pursuant to Local Civil Rule 3(g), The United States of America hereby notifies the Court

16 that one related case is pending in this District.

17      The filed action, *United States of America ex rel. Brent Stone v. Meccal1, LLC, and Product*

18 *Evolution, LLC*, Case No. 21-cv-675-TSZ, pending before The Honorable Thomas S. Zilly, was filed

19 on May 24, 2021.

20      The Complaint in the related case makes clear that the Plaintiff-Relator involved is the same.

21 The subject matter of both cases appears to be related; Relator Brent Stone broadly alleges customs

22 and tariff violations on goods imported into the United States.

23

NOTICE OF RELATED CASES - 1
CASE NO. 21-cv-524-JLR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 26th day of May, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

NY Bar
#5186382

NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: nickolas.bohl@usdoj.gov

*Attorneys for the United States of America*

NOTICE OF RELATED CASES - 2
CASE NO. 21-cv-524-JLR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970