The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRENT STONE,<br><br>                    Plaintiff,<br><br>         v.<br><br>YAKIMA PRODUCTS, INC.,<br><br>                    Defendant. | CASE NO. 21-cv-524-JLR<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED] ORDER |

The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene (Dkt. # 5), in which the government seeks a six (6) month extension of time, or until December 20, 2021, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit.  Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3).  The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until December 20, 2021, to notify the Court of its decision whether or not to intervene in this *qui tam* action.  The Clerk

1 shall maintain the Complaint and other filings under seal for the duration of the government's
2 investigation.
3
4    DATED this 17th day of June, 2021.
5
6                                                _____
7                                                JAMES L. ROBART
                                                 United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

[PROPOSED] ORDER - 2
CASE NO. 21-cv-524-JLR
FILED UNDER SEAL