The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRENT STONE,<br><br>    Plaintiff,<br><br>v.<br><br>YAKIMA PRODUCTS, INC.,<br><br>    Defendant. | CASE NO.  21-cv-524-JLR<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~] ORDER    **JLR** |

The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a six-month extension of time, or until June 20, 2023, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until June 20, 2023, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall

[~~PROPOSED~~] ORDER - 1
CASE NO. 21-cv-524-JLR
FILED UNDER SEAL

1  maintain the Complaint and other filings under seal for the duration of the government's
2  investigation.
3
4  DATED this 20th day of December, 2022.
5
6  [signature]
7  JAMES L. ROBART
   United States District Judge
8
9  Presented by:

10 *s/ Nickolas Bohl*
   NICKOLAS BOHL, WA #48978
11 Assistant United States Attorney
   United States Attorney's Office
12 700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
13 Phone:  206-553-7970
   Fax:    206-553-4067
14 Email:  nickolas.bohl@usdoj.gov

[PROPOSED] ORDER - 2
CASE NO. 21-cv-524-JLR
FILED UNDER SEAL