The Honorable James L. Robart

**FILED (DROP BOX)**

APR 0 5 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRENT STONE,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA PRODUCTS, INC.,<br><br>Defendant. | CASE NO. 21-cv-524-JLR<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED] ORDER   JLR |

The United States of America has filed an *Ex Parte* Application for an order partially lifting the seal in this case so that the United States may, at its discretion, notify Defendant and other necessary parties of this *qui tam* action and provide them with a copy of the Complaint and any other amended complaints that may be filed in the future. The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the United States' investigation and possible resolution of this matter.

THEREFORE, IT IS HEREBY ORDERED that the United States' *Ex Parte* Application for a Partial Unseal of the Complaint shall be granted, such that the United States, at its discretion, may

[PROPOSED] ORDER - 1
CASE NO. 21-cv-524-JLR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 notify Defendant and other necessary parties of this *qui tam* action and provide them with a copy of
2 the Complaint and any other amended complaints that may be filed in the future. The Clerk shall
3 otherwise maintain the Complaint and all other filings in this action under seal for the duration of the
4 United States' investigation or until otherwise ordered by the Court.

DATED this 10th day of April, 2023.

JAMES L. ROBART
United States District Judge

Presented by:

NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: nickolas.bohl@usdoj.gov

[PROPOSED] ORDER - 2
CASE NO. 21-cv-524-JLR
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970