UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex al., <br><br> Plaintiff, <br><br> v. <br><br> YAKIMA PRODUCTS INC, <br><br> Defendant. | CASE NO. C21-0524-KKE <br><br> ORDER GRANTING UNOPPOSED MOTION FOR *IN CAMERA* REVIEW |

This matter comes before the Court on Defendant Yakima Products' unopposed motion to submit the declaration of George Tuttle *in camera*. Dkt. No. 24. Yakima Products submitted the Tuttle declaration in support of its motion to keep parts of the case sealed. *Id.* Yakima Products argues sections of the case filings should remain sealed because they reveal attorney client communications. Dkt. No. 22. Yakima Products claims the Tuttle declaration also includes attorney client communications that should only be visible to the Court. Dkt. No. 24. Yakima Products states it will provide redacted copies of the Tuttle declaration to the other parties. Dkt. No. 23 at 3.

ORDER GRANTING UNOPPOSED MOTION FOR IN CAMERA REVIEW - 1

The Court GRANTS the unopposed motion to submit the Tuttle declaration for *in camera* review.  Accordingly, the Court further orders the Defendant to provide copies of the redacted Tuttle declaration to all counsel of record and the Court.

Dated this 2nd day of November, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge