UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex al.,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA PRODUCTS INC,<br><br>Defendant. | CASE NO. C21-0524-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 83.1(d)(2) |

This matter comes before the Court on Defendant's unopposed motion for relief from Local Civil Rule 83.1(d)(2). Dkt. No. 27. Local Civil Rule 83.1(d)(2) requires "local counsel" to sponsor an attorney applying to appear *pro hac vice*. Mr. Angeli seeks to sponsor his colleague, Ms. Kerin, in her *pro hac vice* application. Dkt. No. 28 ¶ 5. Local counsel "must have a physical office within the geographic boundaries of the Western District of Washington." Mr. Angeli's office is in Portland, Oregon. Dkt. No. 28. Mr. Angeli avers that allowing him to serve as local counsel so that Ms. Kerin can apply to appear *pro hac vice* is necessary because Ms. Kerin has represented Defendant in this dispute so far. Dkt. No. 28 ¶ 6.

While exceptions to Local Rule 83.1(d)(2) are not routinely granted, considering the late stage of this litigation, the fact that Mr. Angeli will continue to represent Defendant, and the

ORDER GRANTING UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 83.1(d)(2) - 1

interests of efficiency and saving party resources, the Court GRANTS the unopposed motion for relief from Local Rule 83.1(d)(2).

Dated this 6th day of November, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge