UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., <br>            Plaintiff(s), <br> v. <br><br> YAKIMA PRODUCTS INC, <br>                        Defendant(s). | CASE NO. C21-0524-KKE <br><br> ORDER TO SEAL AND UNSEAL |

    This matter comes before the Court on the parties' joint status report. Dkt. No. 40. On January 30, 2024, the Court granted in part and denied in part Yakima Products Inc.'s ("Yakima") motion to seal and ordered the parties "to submit a joint report identifying the portions (if any) of Docket Numbers 1, 1-1, 1-2, 1-3, 19, 32, and 33 that should remain permanently sealed based on the reasoning set forth in this Order." Dkt. No. 37 at 9. In their joint status report, the parties agree that portions of Docket Numbers 1, 32, and 33 should be redacted. Dkt. No. 40 at 1. The parties submitted redacted versions of those documents. Dkt. Nos. 40-1–40-3. The redacted documents are as follows:

    Exhibit 1 to the joint status report (Dkt. No. 40-1) is a redacted version of the initial complaint, originally at Docket Number 1.

    Exhibit 2 to the joint status report (Dkt. No. 40-2) is a redacted version of the declaration of Stephen Teller in support of Relator's response to Yakima's motion to seal, originally at Docket Number 33.

ORDER TO SEAL AND UNSEAL - 1

Exhibit 3 to the joint status report (Dkt. No. 40-3) is a redacted version of Relator's response to Yakima's motion to seal, originally at Docket Number 32.

The Court agrees with the parties' redactions and ORDERS:

1. Docket Numbers 1, 32, and 33 shall remain SEALED.
2. The Clerk is instructed to UNSEAL Docket Numbers 1-1, 1-2, 1-3, and 19.

Dated this 1st day of March, 2024.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge