UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRENT STONE,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA PRODUCTS, INC.,<br><br>Defendant. | CASE NO. 2:21-cv-00524-KKE<br><br>ORDER OF DISMISSAL |

The Court, having considered the Stipulation of Dismissal filed by the United States, Relator Brent Stone, and Defendant Yakima Products, Inc., it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that all of the claims set forth in the Complaint shall be dismissed against Defendants with prejudice to the Relator, and with prejudice to the United States to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement executed by the United States, the Relator, and Defendant on October 4, 2023, but otherwise without prejudice to the United States. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

The Clerk is instructed to close the case.

DATED this 6th day of March 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge